Tanya J Shaw
414-975-9714
1165 N 46th St
Milwaukee WI, 53208
Tanyashaw14@yahoo.com



April 18th, 2025

Honorable Judge William E. Duffin
United States Courthouse Room 250
517 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Character Reference for Juwon Jacquez Madlock – Case No. 2:25-cr-00055**

Dear Honorable Judge Duffin:

My name is Tanya J Shaw, and I am writing to you on behalf of Juwon J Madlock, who is currently before you in connection with federal case USA V. Madlock. I have had the pleasure of getting to know Madlock over time professionally and personally for the past couple of years in my capacity as a friend, business partner, and now former co-worker with MPD.

Throughout the time I have known Madlock, I have consistently seen him demonstrate a great work ethic, kindness, dedication to family and friends, amongst many other things. He has always been someone I can confide in and lean on whether I'm going through a rough patch or things are going great. Being in this field of work has a lot of stressful days and having Madlock to not only understand what goes on physically and mentally, he also is someone who I can talk to about so many other things without judgement and have his support.

I understand the seriousness of the charges brought against Madlock, and I am not writing to excuse or justify any wrongdoing. Rather, I hope to provide context and insight into the person I have come to know—someone who acknowledges his mistakes and is capable of change and has shown great remorse. I respectfully ask that with much grace Your Honor take this letter into consideration during sentencing. I truly believe that Madlock is not only an amazing man, but father who made a serious mistake but has the potential to contribute positively to society in the future. I am confident that with support and guidance, he can move forward in a productive and meaningful way. I know God has a much greater purpose for him and I ask that he gets a second chance because we do not often get them.

Thank you for taking the time to read this letter. Please feel free to contact me if I can provide any further information. I would also like to add that I enjoyed your speech during the Naturalization Ceremony, as I was in attendance for that Bucks game.

Respectfully,

*Tanya J Shaw*

Shaw
N 46th St
aukee, WI 53208

MILWAUKEE WI 530
23 APR 2025 PM 5 L

APR 25 2025
U.S. [illegible] Service
Eastern District of Wis[consin]



Magistrate Judge William E Duffin
United States Courthouse Room 250
517 East Wisconsin Avenue
Milwaukee, WI 53202

53202-451250