# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES**

UNITED STATES OF AMERICA

v.  **COUNSEL-ONLY STATUS CONFERENCE**
  **(by telephone)**

**JUWON JACQUEZ MADLOCK**   Case No. 25-cr-0055-bhl

---

HONORABLE BRETT H. LUDWIG presiding  Time Called: 9:02 a.m.
Proceeding Held: June 4, 2025  Time Concluded: 9:07 a.m.
Deputy Clerk: Julie D.  Tape: 17

**Appearances:**

UNITED STATES OF AMERICA by:  Kevin Knight and Patricia Daugherty

JUWON JACQUEZ MADLOCK by:  Michael Steinle

---

The Court summarized the procedural history of the case. The government confirmed the accuracy of the Court's recitation of the procedural history, reported that the parties have been in regular communication regarding a pretrial resolution and requested a continuance of the status conference. Defense counsel confirmed that the case is in a resolution posture and joined in the request for a continuance.

With the agreement of both parties, the Court set a continued counsel-only status conference for **July 18, 2025,** at **9:30 a.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time.

The Court made a finding under the Speedy Trial Act. The period of time from 6/4/25 to 7/18/25 is deemed excludable.