# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES AND ORDER**

UNITED STATES OF AMERICA

v.           COUNSEL-ONLY STATUS CONFERENCE (by telephone)

**JUWON JACQUEZ MADLOCK**      Case No. 25-cr-0055-bhl

---

HONORABLE BRETT H. LUDWIG presiding      Time Called: 10:10 a.m.
Proceeding Held: October 9, 2025      Time Concluded: 10:16 a.m.
Deputy Clerk: Julie D.      Tape: 23

**Appearances:**

UNITED STATES OF AMERICA by:      Kevin Knight

JUWON JACQUEZ MADLOCK by:      Michael Steinle

---

The Court summarized the procedural history of the case and initially there was no appearance from defense counsel despite the government's attempts to reach him. Defense counsel joined the status conference late and apologized for his tardiness. The government reported that the defendant is no longer interested in the agreement in principle the parties reported at the prior status hearing but indicated it had provided additional information to the defense that may further the negotiations. Defense counsel agreed and requested a continuance of the status conference to allow him time to meet with his client and review the information.

With the agreement of both parties, the Court set a continued counsel-only status conference for **November 18, 2025,** at **10:00 a.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. If a signed plea agreement is filed two weeks in advance of the status conference to permit the U.S. Marshals to transport the defendant to court, the Court will convert the status conference to an in-person change of plea hearing.

The Court made a finding under the Speedy Trial Act. The period of time from 10/9/25 to 11/18/25 is deemed excludable.