# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**COURT MINUTES AND ORDER**

UNITED STATES OF AMERICA

v.                                **COUNSEL-ONLY STATUS CONFERENCE**
                                                   **(by telephone)**

**JUWON JACQUEZ MADLOCK**                 Case No. 25-cr-0055-bhl

---

HONORABLE BRETT H. LUDWIG presiding           Time Called: 10:00 a.m.
Proceeding Held: November 18, 2025                  Time Concluded: 10:05 a.m.
Deputy Clerk: Julie D.                                           Tape: 25

**Appearances:**

UNITED STATES OF AMERICA by:             Kevin Knight

JUWON JACQUEZ MADLOCK by:              Michael Steinle

---

       The Court summarized the procedural history of the case. The government confirmed the Court's summary and reported that the case is close to resolution and requested a short continuance. Defense counsel confirmed the government's representations and joined in the request for a continuance.

       With the agreement of both parties, the Court set a continued counsel-only status conference for **December 22, 2025,** at **9:00 a.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. If a signed plea agreement is filed by **December 5, 2025,** allowing sufficient time to permit the U.S. Marshals to transport the defendant to court prior to the next hearing date, the Court will convert the status conference to an in-person change of plea hearing. If a signed plea agreement is not filed, the Court will set the matter for trial at the next status conference.

       The Court made a finding under the Speedy Trial Act. The period of time from 11/18/25 to 12/22/25 is deemed excludable.