UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. **25-CR-055**

JUWON MADLOCK,

    Defendant.      [18 U.S.C. §§ 2(a), 922(d), 922(o), 924(a)(2), 924(a)(8), 1001 & 2315]

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 28, 2024, in the State and Eastern District of Wisconsin,

**JUWON MADLOCK**

knowingly provided ammunition to C.H., knowing and having reasonable cause to believe that C.H. had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 922(d) and 924(a)(8).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

From on or about June 18, 2024, through on or about February 23, 2025, in the State and Eastern District of Wisconsin,

**JUWON MADLOCK,**

as an aider and abettor, did possess and conceal stolen property, that is, a Jeep Grand Cherokee (VIN # XXXXXXXXXXXXX425) with a value of $5,000 or more, which had crossed a State boundary after being stolen in Indiana and thereafter brought to Wisconsin, knowing the same to have been stolen.

In violation of Title 18, United States Code, Sections 2(a) and 2315.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 12, 2025, in the State and Eastern District of Wisconsin,

## JUWON MADLOCK

knowingly possessed a machinegun, as defined in 26 U.S.C. §§ 5845(a)(6) and 5845(b), further described as a Glock 22 pistol, SN BBSZ769, equipped with a machinegun-conversion device.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about March 12, 2025, in the State and Eastern District of Wisconsin,

### JUWON MADLOCK

knowingly and willfully made a materially false statement and representation, in a matter within the jurisdiction of the executive branch of the Government of the United States.

2. Namely, Madlock stated, in sum and substance, to Special Agents of the Federal Bureau of Investigation, an agency within the executive branch of the Government of the United States, that he did not know his Glock 22 pistol, SN BBSZ769, was equipped with a machinegun-conversion device, when in truth and fact, as Madlock then knew, Madlock had previously allowed a machinegun-conversion device to be affixed to his Glock 22 pistol, SN BBSZ769.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about March 19, 2025, in the State and Eastern District of Wisconsin,

**JUWON MADLOCK**

knowingly and willfully made a materially false statement and representation, in a matter within the jurisdiction of the executive branch of the Government of the United States.

2. Namely, Madlock stated, in sum and substance, to Special Agents of the Federal Bureau of Investigation, an agency within the executive branch of the Government of the United States, that when Madlock provided C.H. with addresses associated with C.H.'s rivals, Madlock did not know C.H. and C.H.'s associates would attempt to use this information to shoot at those rivals, when in truth and fact, as Madlock then knew, Madlock had provided that information to C.H. while understanding that C.H. and C.H.'s associates would attempt to use that information to shoot at those rivals.

All in violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense alleged in violation of Title 18, United States Code, Section 922(d), set forth in Count One of this Indictment, or the offense alleged in violation of Title 18, United States Code, Section 922(o), set forth in Count Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, involved in the offenses of conviction, including but not limited to: a Glock 22 pistol, SN BBSZ769, equipped with a machinegun-conversion device, and a Taurus pistol, 9mm, SN TMT29581.

FOREPERSON
Dated: 25th March, 2025

RICHARD G. FROHLING
Acting United States Attorney