## EXHIBIT B

Had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt. These facts are based upon the anticipated testimony of citizen witnesses and law enforcement agents, electronic surveillance, records obtained via grand jury subpoenas and search warrants, and physical evidence seized throughout the investigation. The information is provided for the purpose of setting forth a factual basis for the defendant's guilty plea. It is not a full recitation of the defendant's knowledge of, or participation in, the offenses.

\*\*\*

### The Preceding Investigation

The BZF, also known as the "Burleigh Zoo Family," is a violent street gang in Milwaukee that engaged in various criminal activities, including crimes of violence, illegal firearms possession, drug distribution, conspiracy, and fraud, in Milwaukee and elsewhere.

On Thursday, February 13, 2025, members of the Milwaukee Police Department's Special Investigations Division and the Federal Bureau of Investigation's Milwaukee Area Safe Streets Task Force, in conjunction with the Milwaukee Police Department's Tactical Enforcement Unit, executed a judicially authorized residential search warrant at 42XX S. Ravinia Dr. #2XX, in the City of Greenfield, Milwaukee County.

The target of the warrant was Cobie D HANNAH Jr., who was wanted by the Milwaukee County Sheriff's Office, and a known member of BZF.

There investigators recovered a Century Arms model VSKA AK47 style 7.62x39 rifle caliber "pistol" (Ser# SV7P012440), which was loaded with a cartridge in the chamber and a loaded magazine from within the northeast bedroom.

Investigators also located a key fob and a garage door opener in a jacket that was provided to HANNAH prior to transport. A search of this garage revealed a stolen 2020 Jeep Grand Cherokee (VIN # 1C4RJFBG0LC427425), which was reported stolen in Hammond, Indiana under Case #24H40099 and a date of theft 06/17/2024. Within this Jeep and on the floor surrounding this

vehicle were multiple registration plates, 2 of which were for different Jeep vehicles, 1 set which listed to HANNAH, and a set of 2 paper dealer placards with a plate bracket from Hammond, IN.

Agents also found, in HANNAH's possession, a black iPhone. They reviewed the contents of this phone and found a text message thread between HANNAH and 414-XXX-8500, which was saved in that device under the contact name of "Wuan." Investigators, utilizing law enforcement and open-source databases, identified the owner of the phone number 414-XXX-8500 as the defendant Juwon Jacquez MADLOCK.

MADLOCK was at that time a City of Milwaukee Police Officer assigned to District 6, which covers the southwest side of the City of Milwaukee. Prior to being assigned to District 6, MADLOCK was assigned to District 7, which covers the north side of the City of Milwaukee.

### The Text Messages With HANNAH

In this text thread between HANNAH and MADLOCK, the two engaged in discussions that reflect their criminal conduct. These conversations include, by way of summary:

- HANNAH and then-Officer MADLOCK discussing HANNAH's suspicions about which persons might be cooperating with law enforcement;
- HANNAH and then-Officer MADLOCK discussing the possibility that "the feds" may be involved in certain investigations;
- Then-Officer MADLOCK providing HANNAH with ammunition;
- Then-Officer MADLOCK offering to let HANNAH use one of his firearms;
- Then-Officer MADLOCK providing HANNAH with addresses associated with suspected rivals of HANNAH and the BZF;
- Then-Officer MADLOCK and HANNAH discussing the exchange of fake identification cards and fraudulent license plates, to facilitate and conceal HANNAH'S vehicle theft;
- Then-Officer MADLOCK and HANNAH discussing the sale of stolen vehicles; and,
- Then-Officer MADLOCK identifying, to HANNAH, specific members of the Milwaukee Police Department engaged in various enforcement actions.

### The Search, Interview & Arrest

On March 12, 2025, MADLOCK was interviewed by federal agents and a detective with the Milwaukee Police Department. He was advised of, and waived, his rights under *Miranda v.*

*Arizona* and *Garrity v. New Jersey*.

Interviewers asked MADLOCK if he knew HANNAH. MADLOCK said he knew HANNAH through dog breeding. Interviewers asked MADLOCK if he had provided HANNAH with ammunition; MADLOCK admitted that he had. Interviewers asked MADLOCK if he had offered to sell HANNAH firearms; MADLOCK admitted that he had. MADLOCK was asked about text messages, dated July 26, 2024, wherein MADLOCK provides HANNAH with the addresses of HANNAH's suspected rivals. MADLOCK acknowledged that when MADLOCK sent those text messages, MADLOCK knew HANNAH intended to hurt his rivals, but MADLOCK claimed he thought HANNAH would merely beat them up.

MADLOCK denied providing HANNAH with sensitive information and stated, in essence, that HANNAH was a source of information for him, in his capacity as a police officer. Interviewers asked MADLOCK if he had formally signed HANNAH up as a confidential source; he had not. Interviewers asked MADLOCK if he had taken the required training regarding the use of confidential sources; he had not. Interviewers asked MADLOCK if MADLOCK could show them, on his device, instances wherein MADLOCK had communicated information given to him from HANNAH as a confidential source; he could not. Interviewers told MADLOCK they found his story incredible, because confidential sources typically provide law enforcement with information, but in the messages referenced above, the situation is reversed: MADLOCK, the police officer, is providing information to HANNAH, the wanted fugitive. MADLOCK did not have a cogent response.

After the interview began, law enforcement executed a federal search warrant over MADLOCK's residence, a single-family home located at 34XX N. 41st Street, Milwaukee, Wisconsin.

In the basement, law enforcement recovered a handgun affixed with a machinegun

conversion device. Field testing revealed that this weapon fired more than one round per trigger depression. In a shoebox in the home, officers found over 100 grams of marijuana. Officers also recovered the cellular device assigned the x8500 call number, hidden inside a crockpot. Finally, officers recovered a "shell catcher" device from the kitchen.

The interviewers showed MADLOCK a picture of the gun-and-switch recovered from his home. MADLOCK acknowledged the gun was his. MADLOCK also claimed (i) the gun did not have a conversion device on it when he bought it; (ii) he did not know it had a conversion device on it, despite seeing the firearm as recently as this morning; and (iii) he did not know who would have put the conversion device on the gun.

The interviewers knew, based on their review of electronic location data associated with the x8500 device, that MADLOCK did not bring his usual cellular device to the interview. When interviewers asked MADLOCK which phone he brought to the interview, MADLOCK claimed it was his daughter's. MADLOCK claimed that he brought his daughter's phone, rather than his own, because his was running low on battery. MADLOCK claimed that agents would find his device on a charger in his home. As noted above, MADLOCK's device assigned x8500 was eventually recovered at the home, hidden in a crockpot.

The interviewers asked MADLOCK about the various guns that he offered for sale in text messages to HANNAH. MADLOCK claimed these guns were owned by his parents and brother. Other law enforcement agents interviewed MADLOCK's father, who stated that these weapons were owned by him, and his other son, and that MADLOCK did not have his permission to offer them for sale. MADLOCK's father denied knowing of, or possessing, the firearm with the conversion device.

### The Post-Arrest Interviews

Law enforcement met with MADLOCK at the Ozaukee County Jail on March 19, 2025,

and March 21, 2025. During those conversations, MADLOCK acknowledged lying to the FBI during his interview on March 12, 2025.

MADLOCK also initially repeated his lie that when he told HANNAH about the addresses associated with HANNAH's rivals, MADLOCK merely thought HANNAH would "beat them up."

### Additional Text Messages Regarding Drugs

As law enforcement continued to review MADLOCK's device, they uncovered additional text messages that reflected MADLOCK was engaged in drug trafficking activity while serving as a Milwaukee Police Officer.

These conversations include, by way of summary:

- Then-Officer MADLOCK discussing the resale prices for promethazine syrup (aka "lean");
- Then-Officer MADLOCK discussing the purchase and resale of pounds of marijuana; and,
- Then-Officer MADLOCK discussing the purchase, "cutting," and resale of cocaine, in kilogram or "brick" amounts.