# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JUWON JACQUEZ MADLOCK** | **CHANGE OF PLEA<br>HEARING MINUTES**<br><br>Case No. 25-cr-0055-bhl |

| | |
|---|---|
| HONORABLE BRETT H. LUDWIG presiding<br>Proceeding Held: December 22, 2025<br>Deputy Clerk: Julie D. | Time Called: 9:06 a.m.<br>Time Concluded: 9:36 a.m.<br>Court Reporter: Liberty |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Kevin Knight and Patricia Daugherty |
| JUWON JACQUEZ MADLOCK in person and by: | Michael Steinle |
| U.S. PROBATION by: | Daniel Dragolovich |

- ☒ Plea agreement filed (ECF No. 27).
- ☒ Defense counsel advises that the defendant wishes to enter a plea of guilty.
- ☒ Defendant sworn.
- ☒ Defendant advised that false statements made under oath may result in prosecution for perjury.
- ☒ Court questions the defendant as to background, education, medical history, drug usage.
- ☒ Defendant has reviewed plea agreement with counsel and is satisfied w/ representation.

- ☒ Court advises the defendant as to:
  - ☒ Elements of the offense
  - ☒ Forfeiture provision
  - ☒ Mandatory minimum sentence (n/a)
  - ☒ Sentencing guidelines
  - ☒ Rule 11(b) Rights
  - ☒ Waiver of appeal rights (n/a)
  - ☒ Maximum penalties
- ☒ Government provides factual basis as set forth in plea agreement.

☒ GUILTY plea entered as to Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment.

☒ CHARGES: knowing transfer of ammunition to a felon in violation of 18 U.S.C. §922(d) and 924(a)(8); aiding and abetting receipt of stolen property in violation of 18 U.S.C. §2(a) and 2315; possession of a machine gun in violation of 18 U.S.C. §922(o) and 924(a)(2); making false statements to an FBI agent in violation of 18 U.S.C. §1001(a)(2)

☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea.

☒ Defendant adjudged guilty as to Count One, Count Two, Count Three, Count Four, and Count Five of the Indictment.

☒ PSR ordered.

☒ Sentencing set for: **March 24, 2026, at 9:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, Wisconsin 53202.

☒ Detention continued; or   ☐ Bond continued:   ☐ as previously set, or   ☐ as modified:

☒ Detention continued; or   ☐ Bond continued:   ☐ as previously set, or   ☐ as modified: