Nikita Carter

17374 N 89th Ave Apt 1521

Peoria, AZ 85382

December 15, 2025

The Honorable Brett H. Ludwig

United States District Court for the Eastern District of Wisconsin


Re: Sentencing Character Letter for Juwon Jacquez Madlock

Case No. 25-cr-0055-bhl


Dear Honorable Judge Ludwig,


My name is Nikita Carter, and I am the sister of Juwon Jacquez Madlock. I am grateful for the opportunity to share my thoughts with the court about my brother, a man I have known his entire life. His character, in my view, is far greater than the actions that have led him before you.


This is my brother's first criminal case, and it has been a shocking and unfortunate event for our family. We were unaware of his actions, and had we known, we would have done everything we could to guide him in a better direction and help him make the right decisions. My little brother has always been a steady, responsible, and caring person. He has consistently maintained employment, worked hard to provide for his family, and built a life centered around responsibility.


He is the proud father of two children, one of whom is an infant, and they are his greatest motivation in life. Prior to this case, he was the primary caregiver for his daughter, providing her not only with daily care but also emotional support, stability, and guidance. He made sure she went to school every day, completed her homework, and participated in recreational activities. His daughter's school knew him well, he dropped her off in the mornings, attended conferences and concerts. Since he has been incarcerated his daughter has not attended these events which has made her sad.


A memory that stands out to me occurred while I was living in Arizona. My brother called me on FaceTime to help his daughter with a school assignment, which was a small play she needed to perform for homework. Even though we were miles apart, he made sure to include me as family in the process. He assigned us roles, and together we laughed, learned, and supported his daughter. It wasn't just a homework assignment; it was a moment of connection, encouragement, and love. It showed me the

kind of father he is: engaged, creative, fun, and determined to ensure his children feel supported and loved in every way possible.

My brother has also invested in his education, attending college to further his opportunities and better himself. I have always admired his determination to improve his life and set a positive example for his children. He has faced challenges, but until now, he has always met them with hard work and perseverance.

I understand the seriousness of the charges and do not excuse my brother's actions. However, I ask that you consider the man beyond this case and consider a loving father, loyal family member, dedicated worker, and positive member of the community. With the opportunity for rehabilitation, I truly believe my brother will continue to be a good influence on his children and our community. To my knowledge nobody involved was physically harmed. In my opinion Juwon has suffered enough, he lost his career, destroyed his reputation, and lost critical time with his children. Please consider sentencing him based off the sentencing guidelines for all charges. I don't think you will ever see him in another courtroom.

Thank you for your time and consideration.

Respectfully,

Nikita Carter

_BHL_

**Tanya J Shaw**
414-975-9714
1165 N 46th St
Milwaukee WI, 53208
Tanyashaw14@yahoo.com



U.S. District Court
Wisconsin Eastern

DEC 2 2 2025

FILED
Clerk of Court

December 18th, 2025

Honorable Judge Brett H. Ludwig
United States Courthouse Room 310
517 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Character Reference for Juwon Jacquez Madlock – Case No. 2:25-cr-00055**

Dear Honorable Judge Ludwig:

My name is Tanya J Shaw, and I am writing to you on behalf of Juwon J Madlock, who is currently before you in connection with federal case USA V. Madlock. I have had the pleasure of getting to know Madlock over time professionally and personally for the past couple of years in my capacity as a friend, business partner, and now former co-worker with MPD.

Throughout the time I have known Madlock, I have consistently seen him demonstrate a great work ethic, kindness, dedication to family and friends, amongst many other things. He has always been someone I can confide in and lean on whether I'm going through a rough patch or things are going great. Being in this field of work has a lot of stressful days and having Madlock to not only understand what goes on physically and mentally, he also is someone who I can talk to about so many other things without judgement and have his support.

I understand the seriousness of the charges brought against Madlock, and I am not writing to excuse or justify any wrongdoing. Rather, I hope to provide context and insight into the person I have come to know—someone who acknowledges his mistakes and is capable of change and has shown great remorse. I respectfully ask that with much grace Your Honor take this letter into consideration during sentencing. I truly believe that Madlock is not only an amazing man, but father who made a serious mistake but has the potential to contribute positively to society in the future. I am confident that with support and guidance, he can move forward in a productive and meaningful way. I know God has a much greater purpose for him and I ask that he gets a second chance because we do not often get them.

Thank you for taking the time to read this letter. Please feel free to contact me if I can provide any further information.

Respectfully,

11805 N 46th St
Milwaukee, WIS 53208

MILWAUKEE WI 530
19 DEC 2025 PM 4 L

Justice
FOREVER



United States Courthouse Rm 310
517 E Wisconsin Ave
Milwaukee, WI 53212

Case 2:25-cr-00055-BHL    Filed 12/22/25    Page 3 of 4    Document 30

Oriona Jones

3374 N. Palmer street

Milwaukee, WI 53212

Oreojones25@gmail.com

(414)629-3119

08/04/2025

Magistrate Judge William E. Duffin

United States Courthouse Room 250

517 East Wisconsin Avenue

Milwaukee, WI 53202

RE: Inmate#180104 Juwon Jacquez Madlock

Dear Honorable Judge Duffin,

My name is Oriona Jones, and I have been a close friend of Juwon Madlock for over 5 years. We met at the District 7 police station in Milwaukee Wisconsin where he helped me with a police report in 2020. We have remained close friends ever since. I am writing to respectfully request that you consider leniency in Mr. Madlock's sentencing. I understand the seriousness of the charges, but I believe he has genuine remorse and will commit to rehabilitation. Since I've known Juwon, he's been someone who values family and helps others in the community. Even while incarcerated, he has been using this experience to reflect and avoid making the same mistakes. If Juwon is granted early release, he has a job opportunity at my transportation company. I will personally help him transition back into the community.

Thank you for your time and consideration.

Respectfully,

Oriona Jones

**James Wilbern**
3717 N 37th Street
Milwaukee, WI 53216
August 14, 2025

**To the Honorable Judge:**

I am writing to you on behalf of Juwon Madlock, a devoted father, trusted friend, and respected member of the Milwaukee community. I have known him for many years and have witnessed firsthand the depth of his character, the consistency of his integrity, and his unwavering commitment to serving others.

For nearly a decade, Juwon Madlock has poured his heart into this city mentoring youth, lending a helping hand to neighbors in need, and quietly making a difference without seeking recognition. He has been the kind of man who shows up without being asked, who gives even when it costs him, and who treats every person with respect and dignity. His humility is rare, and his generosity of spirit is something our community has come to rely on.

This recent incident does not erase the years of good he has done, nor does it define who he truly is. Until now, he has lived a life free of trouble with the law, and this is his first and only offense. He has accepted full responsibility for his actions and has shown deep remorse.

What concerns me most is the impact this will have on his two children, a young daughter and 6-month-old son who need their father present, guiding them, and shaping their lives. They look up to him not only as a parent but as a role model. Taking him away from them for an extended period would leave a void that no one else can fill.

I am not asking the court to overlook his actions, only to consider the totality of his life and the person he has consistently proven himself to be. Punishment is warranted, but so is mercy. Second chances are often the bridge between a mistake and a transformed life. Juwon Madlock has the strength, the character, and the support system to rebuild, to contribute meaningfully again, and to continue being the kind of father and community member who makes Milwaukee a better place.

I respectfully ask that you allow him to learn from this, to make amends, and to return to positively contributing to life. The man before you is not beyond redemption; in fact, I believe his best chapters are still ahead. **John 8:7**

*"When they kept on questioning him, he straightened up and said to them, 'Let any one of you who is without sin be the first to throw a stone at her.'"* (John 8:7, NIV)

This is from the account where Jesus confronts those ready to stone a woman caught in adultery, reminding them of their own imperfections and the importance of mercy.

Thank you for considering my words and for weighing compassion alongside justice in this matter.

With sincere respect,
James Wilbern

Dear Honorable Judge,

I am writing with deep humility in regards to Juwon Jacquez Madlock. As someone who has known Juwon all his life, I would like to provide you with some insight into his character, their past, and the circumstances that have led him to this unfortunate situation.

Juwon has always shown positive traits such as being responsible, caring, hardworking, loving, and being devoted. He is a father of two amazing children, and a brother to eight siblings. This case has had such a harsh impact on all of us including his young daughter who misses him more than anything in this world. I miss him so much everyday to the point where I have a broken heart. I raised him to be a good young man, to work hard, and to be responsible. As his mother, I truly understand the seriousness of this court case.

Juwon understands the seriousness and he has remorse as well. I beg of you, your Honorable Judge, to please have leniency, not because he wishes to evade the consequences of his actions, but because he genuinely believes that he can contribute positively to society again if given the chance. I believe in Juwon's ability to learn from this experience and to make amends for his actions.

I respectfully ask that you consider Juwon's character, his potential for rehabilitation, and the support of us, his family as you make your decision.

Our family will continue to stand by Juwon and support him in his journey to become a better person.

Thank you for your time and consideration.

Sincerely,

Angela Madlock

Dear Honorable Judge,

I am writing with deep humility in regards to Juwon Jacquez Madlock. As someone who has known Juwon all his life, I would like to provide you with some insight into his character, their past, and the circumstances that have led him to this unfortunate situation.

Juwon has always shown positive traits such as being responsible, caring, hardworking, loving, and being devoted.  He is a father of two amazing children, and a brother to eight siblings.  This case has had such a harsh impact on all of us including his young daughter who misses him more than anything in this world.  I miss him so much everyday to the point where I have a broken heart. I raised him to be a good young man, to work hard, and to be responsible. As his mother, I truly understand the seriousness of this court case.

Juwon understands the seriousness and he has remorse as well. I beg of you, your Honorable Judge, to please have leniency, not because he wishes to evade the consequences of his actions, but because he genuinely believes that he can contribute positively to society again if given the chance. I believe in Juwon's ability to learn from this experience and to make amends for his actions.

I respectfully ask that you consider Juwon's character, his potential for rehabilitation, and the support of us, his family as you make your decision.

Our family will continue to stand by Juwon and support him in his journey to become a better person.

Thank you for your time and consideration.

Sincerely,

Angela Madlock

Dear Your Honorable Judge,

My name is Madison Madock. I am the father of Juwon Jacquez Madock. I would like you to consider my character letter for my son, Juwon Jacquez Madlock, with deep humility. I have been a part of raising my son, Juwon, all his life. The insight into his character, his growing up, and the circumstances that have led him to this horrible, sadden, and unfortunate situation.

Juwon is the son that my wife and I would count on to help us out around the house, being there to assist his sisters with learning how to drive, and being a good father to his children. Juwon has a lot of great qualities, traits, and behaviors, and he has been positive, such as he has been very responsible with giving care to his children and working hard. Juwon is hardworking, caring, supportive, loving, and devoted. We, as a family, understand the seriousness of the case against Juwon. The case has had a very harsh impact on all of us who love him very much. I spend a lot of time with his children, and his daughter misses him very much. This is heartbreaking and unfortunate. Juwon is embarrassed, hurt, and he understands the seriousness of the charges. My son has remorse as well. My wife and I raised Juwon to be a positive and responsible role model within society.

Your Honorable Judge, as his father, with my wife and children, we beg of you to please have some leniency. Juwon is not looking or wishing to evade the consequences of his actions. He is a first time offender, and he will work hard on his rehabilitation because he genuinely knows that, given the chance to become a part of society again, he will continue to work hard, be a support for his siblings and parents. Juwon will continue to be a great father to his children. We know Juwon has learned a valuable lesson from his actions that got him to this point. We believe in Juwon's ability to learn from this experience and to make amends for his actions. Juwon will contribute to society as he wants a chance to be the father that his daughter is missing so much, the son that we as his parents are missing so much, and the sibling that his siblings are missing so much. As his family, we will work with Juwon on his rehabilitation, integrating him back into society, and finding employment.

Please, your Honorable Judge, I respectfully ask that you consider Juwon's character, his goal for rehabilitation, and the support of us, his family, as you make your decision on the case against Juwon.

Our family will continue to stand by Juwon and support him in his journey to become a better person.

Thank you for your time and consideration.

Sincerely,

Madison Madlock and the Madlock Family.

Dear Honorable Judge,

I am writing with deep humility in regards to Juwon Jacquez Madlock. As someone who has known Juwon all his life, I would like to provide you with some insight into his character, their past, and the circumstances that have led him to this unfortunate situation.

Juwon has always shown positive traits such as being responsible, caring, hardworking, loving, and being devoted.  He is a father of two amazing children, and a brother to eight siblings.  This case has had such a harsh impact on all of us including his young daughter who misses him more than anything in this world.  I miss him so much everyday to the point where I have a broken heart. I raised him to be a good young man, to work hard, and to be responsible. As his mother, I truly understand the seriousness of this court case.

Juwon understands the seriousness and he has remorse as well. I beg of you, your Honorable Judge, to please have leniency, not because he wishes to evade the consequences of his actions, but because he genuinely believes that he can contribute positively to society again if given the chance. I believe in Juwon's ability to learn from this experience and to make amends for his actions.

I respectfully ask that you consider Juwon's character, his potential for rehabilitation, and the support of us, his family as you make your decision.

Our family will continue to stand by Juwon and support him in his journey to become a better person.

Thank you for your time and consideration.

Sincerely,

Angela Madlock