

# MICHAEL J. STEINLE
## ATTORNEY AT LAW

March 23, 2026

Honorable Brett Ludwig
District Judge
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:    United States v. Juwon Madlock
              Case No.: 25-CR-55

Dear Judge Ludwig,

The purpose of this letter is to provide the Court with two (2) additional letters in support of the Defendant at his Sentencing, which is scheduled for tomorrow, March 24, 2026 at 9:00 a.m. I was out of town last week, so I apologize for the late filing of same. Additionally, when reviewing the filing of March 14, 2026 by my assistant it appears the letter from Tanya Shaw should have been two pages and only the first was filed. I am also including that document.

Thank you kindly.

Sincerely,

*Electronically Signed By:*

MICHAEL J. STEINLE
Attorney at Law
MJS/nmm

*Enclosures*