Kendra Delaney
August 14th, 2025

To whom this may concern:

I write this letter on behalf of Juwon Madlock, to not only comment on the character of Juwon but to high light the importance of his involvement with his family and myself. I've had the pleasure of knowing Juwon and being in a relationship with him for over 7 years which is a significantly amount of time to attest to his character and provide good judgement. During the duration of our relationship Juwon has demonstrated many valuable qualities as well as being a protector and provider not only for his children but for his family including myself as well. Juwon has and continue to have a great relationship with his parents and siblings. One of his best traits is his big heart, he has no problem giving, helping and pouring into others.

Juwon leaves behind two children, Jayde (7) and Kylan (6 months) who needs and misses him dearly. Over the past 7 years, I have watched Juwon grow, mature and become the great father he is today to his oldest child and with such little time to our baby boy. Juwon has been the primary parent for Jayde since newborn stage as she has lived with solely just him. Juwon is actively involved in Jayde's academic success as he ensured she has been enrolled in school since K4. He attends all school related functions (programs/concerts, parent teacher conferences), transports her to and from school, schedules and attends doctor's/dental appointments, and ensure he funds extracurricular activities Jayde is involved in such as Dance and Ballet. He provides all of Jayde's basic needs. Regarding his youngest child, Juwon has been there every step of the way from the moment he found out he was expecting another child. He was selflessly by my side at every doctor's appointment, delivery, bathing, feeding and sleepless nights dealing with our baby boy. Juwon worked extremely hard to ensure his home and bills were taken care of. Although Juwon has been away, he continues to call and check on the wellbeing of his children.

I have taking on the parental role of both parents as I continue to raise both Jayde and our son, Kylan. I must admit this has been the most challenging and stressful 5 months for not only myself but for his oldest child as well. Jayde asks me daily when will her father come back home and I leave her with no answer. Juwon is very understanding and understands the damage he has caused to his daughter. Juwon played/plays an important part of our daily lives and is very appreciative of me as I maintain my composure while dealing with him being away, post-partum and life itself. Now that school is approaching, I have to manage how Jayde will be transported to and from school, purchase school supplies and clothing with little to no financial assistance. Although we do have supportive family members, they are not obligated to help.

Despite his current situation, I want to high light how Juwon remains calm and supportive of me as I continue to move forward on starting and opening a business which is in the final stages of being licensed. Juwon purchased a single-family home with the idea of starting an Adult Family Home but unfortunately did not go as planned. Juwon came up with an idea of me to utilize the home for a Family Child Care Center instead of elsewhere. Life was on the rise as we began to create new life as business partners with him helping me establish/ set up my Family Child Care Center. The primary purpose of a Family Child Care Center is serving as a child's first teacher playing a crucial and major role in the early development/learning stages. Juwon was extremely excited for this new

adventure as he knew this was a huge step towards successful entrepreneurship. Juwon helped me achieve one of my biggest goals which ultimately would lead us into opening and expanding more businesses together. Juwon was and continues to be excited about entrepreneurship as he speaks highly of his next adventures although he is away.

Over the course of five months, Juwon has expressed on numerous of occasions how he wishes he could rewind time and never put himself in such situation. Juwon understands how selfishly his actions have made his loved ones to feel. I wholeheartedly believe he understands the damage he has caused due to his poor decisions. Juwon has been able to sit back and reflect over the last five months therefor it's no surprise to me that Juwon is ready to accept the responsibilities for his actions. As we move forward, I know he will continue to be a better person for himself, his children and family.

All in all, I would like to mention I do understand that Juwon was held to a higher stander and unfortunately got himself into trouble. Juwon made a mistake and should be held accountable; however, I would like you to consider the positive impact he has on his children, family including myself and take into consideration all the great things he has yet to come. It is my sincere hope, the court take this letter into consideration. I hope you find it in you heart to see through this mistake and allow Juwon another chance for himself. I find this letter easy to write on behalf of Juwon.

Thank you for your time,

Best wishes,

Kendra

**Mrs. Deanna Wilbern**
Milwaukee, WI

August 8, 2025

**To the Honorable Court:**

With a heavy but hopeful heart, I welcome the opportunity on behalf of Defendant Juwon Madlock to share outside of his former occupation or the accused charges before him but to being an introvert and devoted parent. I have seen firsthand the man beyond the paperwork and headlines. Defendant Madlock has always demonstrated qualities reflecting his true character as a devoted single father to his daughter, and until recently, he was helping care for his six-month-old son.

I am painfully aware of the circumstances that bring Defendant Madlock before your Court and do not dismiss the seriousness of what has been stated to his participation. However, I'm grateful communication presented in the case was just that – dialogue; in that his participation in communication didn't result in any harm. If there's any relief to this matter before the Court– it's knowing the true definition to guilty by association and to know no harm came to any person from foolish boastful actions. Defendant Madlock has owned his mistakes with great humility and deep regret. I have heard the weight of this entire situation on his heart. He has reflected endlessly on his choices, understands what's done in the dark always come to light and I know with certainty that this is not who he is at his core. I know his involvement was more about misguided words than harmful deeds.

I trust the same honesty and humbleness expected from the Defendant, the Court can provide the same to the Defendant. I stand behind the Defendant's behavior in the matter before us to this is not indicative of his character or nor will it be part of future conduct. There is no doubt with current time served and confinement to home thereafter will excel in correcting the Defendant's mistake in a constructive way.

I petition the Court — please do not allow this one significant hiccup erase the good of that to define his life. Your Honor, I am pleading with you — not just for leniency, but for mercy. Please see the person beyond the charges.

In conclusion, my interaction with Defendant Madlock as a grandparent to his children, I firmly believe he possess the character and integrity to move past this. My hopes are this letter may provide an understanding to an individual not of the "game" and now caught in

the "game" just to childishly try to fit in. I fear that without compassion in the Court's judgment, his children will lose someone who still has so much good left to give.

With the deepest respect and urgency,

Mrs. D. Wilbern