

BHL

**Tanya J Shaw**
414-975-9714
1165 N 46th St
Milwaukee WI, 53208
Tanyashaw14@yahoo.com

December 18th, 2025

Honorable Judge Brett H. Ludwig
United States Courthouse Room 310
517 East Wisconsin Avenue
Milwaukee, WI 53202

**Re: Character Reference for Juwon Jacquez Madlock – Case No. 2:25-cr-00055**

Dear Honorable Judge Ludwig:

My name is Tanya J Shaw, and I am writing to you on behalf of Juwon J Madlock, who is currently before you in connection with federal case USA V. Madlock. I have had the pleasure of getting to know Madlock over time professionally and personally for the past couple of years in my capacity as a friend, business partner, and now former co-worker with MPD.

Throughout the time I have known Madlock, I have consistently seen him demonstrate a great work ethic, kindness, dedication to family and friends, amongst many other things. He has always been someone I can confide in and lean on whether I'm going through a rough patch or things are going great. Being in this field of work has a lot of stressful days and having Madlock to not only understand what goes on physically and mentally, he also is someone who I can talk to about so many other things without judgement and have his support.

I understand the seriousness of the charges brought against Madlock, and I am not writing to excuse or justify any wrongdoing. Rather, I hope to provide context and insight into the person I have come to know—someone who acknowledges his mistakes and is capable of change and has shown great remorse. I respectfully ask that with much grace Your Honor take this letter into consideration during sentencing. I truly believe that Madlock is not only an amazing man, but father who made a serious mistake but has the potential to contribute positively to society in the future. I am confident that with support and guidance, he can move forward in a productive and meaningful way. I know God has a much greater purpose for him and I ask that he gets a second chance because we do not often get them.

Thank you for taking the time to read this letter. Please feel free to contact me if I can provide any further information.

Respectfully,

Madlock is being charged with transferring ammunition to a felon which is a 15-21 month charge, aiding and abetting possession of stolen property which is a 0-6 month charge, possession of a machine gun which is a 27-33 month charge, lying to federal agents which is a 0-6 month charge and another count of lying to federal agents which is a 0-6 month charge. Although these are the charges he is being accused of your honor, I would like to note that the subject who Madlock is accused of committing these crimes with only had prior open non violent offenses which anyone would conclude does not constitute someone as a felon unless convicted, which at the time he was not. Though these actions are in no way excusable, but if he should be wrongfully charged, the sentencing guidelines should be followed and taken into the upmost consideration based on the Sentence Reform Act which is no more than 33 months if he is convicted. These are the sentencing guidelines for a first time offender, and I know Madlock is a first time offender with special circumstances but, he is already receiving a 2 level increase for abuse of public trust for several of the charges.

Madlock has given more than a 3rd of his life to the City of Milwaukee Police Department since he started at the young age of 19, even though that is longer than the average career of an officer because of how difficult and dangerous the job is. He has seen and experienced a lot since he was a teenager on the job. Madlock has had to enter photographs of homicides and other violent crimes at 19 years old, but that did not deter him from still wanting to do this difficult job. Madlock was even shot at while on duty during his field training and still wanted to continue as an officer. Madlock was later shot at again a few years later but that never deterred him from going out and doing his best. In both of these instances, he did not harm either of those subjects, showed great restraint and apprehended them without causing harm which shows he is not a dangerous or violent person because he was justified in using deadly force. Agents questioned multiple officers about Madlock and each one of those officers stated he was a good proactive officer and they did not see any red flags. I know what the news articles say and that the government is making him out to be a bad person but, working closely with him as a dispatcher I've seen all the good he has done and know that he is a hard working person who was dedicated every day he put that uniform on. Additionally, Madlock has two children that he has taken care of since their births, on top of doing one of the most dangerous jobs. Since I've known him, he has been the sole provider for his daughter who looks up to him and this has been very devastating for her. His family, which includes his brothers, sisters, mother & father who have been married over 30 years, and grandmother also suffered from him being incarcerated. He was never given the opportunity to fight his case from outside of the jail as most people are given and was labeled dirty which tarnished his reputation tremendously.

Madlock maintains his innocence and true character while remaining strong and optimistic as a black man who, historically as a whole, rarely receives a fair or even a second chance in life. The evidence against him is very speculative and dubious (I.e the ammunition recovered) and it should also be noted that the defendant who Madlock is being accused of committing the act in regards to the stolen property was only sentenced to 2.5 years for all charges. Even though, he has a past criminal record and has known affiliations with a street gang, Madlock is the one being railroaded when he has done a lot more good for the city and it's citizens. Madlock has already lost his career, the only job he knows and if he is not acquitted, I sincerely ask for leniency in his sentencing. Please allow this great man a second opportunity to take care of his family and dedicate the rest of his life to doing good, not only for himself, but the city of Milwaukee which he loves.

11808 N 46th St
Milwaukee, WI 53208

MILWAUKEE WI 530
19 DEC 2025 PM 4 L
Justice
FOREVER

United States Courthouse Rm 310
517 E Wisconsin Ave
Milwaukee, WI 53202

Tanya Shaw
11665 N 46th St
Milwaukee WIS3208

MILWAUKEE WI 530

19 DEC 2025 · PM 4  L



Justice
FOREVER

United States Courthouse Rm 310
517 E Wisconsin Ave
Milwaukee, WI 53202

53202-450099

Case 2:25-cr-00055-BHL     Filed 12/22/25     Page 4 of 4     Document 30